# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE MILLER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 20-cv-5342 |
| | : | |
| **ASHFORD TRS PHILLY, LLC,** | : | |
| *d/b/a Philadelphia Airport Embassy Suites*, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this   22ND   day of February, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 19), Plaintiff's Response thereto (ECF No. 20), and Defendant's Reply in support of its motion (ECF No. 21), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

JUDGMENT IS ENTERED in favor of Defendant Ashford TRS Philly, LLC, and against Plaintiff Julie Miller.   This case shall be marked CLOSED as to all defendants.


BY THE COURT:


  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge